# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**SAMFRITZ DEL VALLE,**

    **Plaintiff,**

**v.**                                                 **Case No:   6:14-cv-282-Orl-31GJK**

**DIGITAL RISK, LLC and DIGITAL RISK MORTGAGE SERVICES, LLC,**

    **Defendants.**

## ORDER

This cause comes before the Court on the Joint Motion for Approval of Settlement (Doc. No. 33) filed August 21, 2014.

On September 25, 2014, the United States Magistrate Judge issued a report (Doc. No. 29) recommending that the motion be granted. The parties filed a Joint Notice of No Objection to the Report and Recommendation (Doc. No. 30).   Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Joint Motion for Approval of Settlement is **GRANTED**.   The Court will enter an order dismissing the case with prejudice under separate entry.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on September 29, 2014.

*/s/ Gregory A. Presnell*
**GREGORY A. PRESNELL**
**UNITED STATES DISTRICT JUDGE**

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party